IN THE UNITED STATES DISTRICT COURT

FOR NEW JERSEY

| | |
|---|---|
| American Casualty Insurance Co. of Reading, PA )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>P. Cipollini, Inc., et al. )<br>)<br>Defendants. ) | Case No. 2:13-CV-05868-SDW |

## DEFAULT JUDGMENT

The defendant, A & L Industries, Inc. d/b/a Ace Powder Coating, having failed to appear, plead or otherwise defend in this action, and default having been entered on March 7, 2014, and counsel for plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55(a) and (b);

Judgment is hereby entered in favor of plaintiff, American Casualty Insurance Co. of Reading, PA and against defendant, A & L Industries, Inc. d/b/a Ace Powder Coating as follows:

> That A & L Industries, Inc. d/b/a Ace Powder Coating is estopped from seeking recovery against the American Casualty Insurance Company of Reading, PA, policy C2082998188, should P. Cipollini, Inc. be adjudged to be liable to A&L Industries d/b/a Ace Powder Coatings for damages in the suit entitled *A & L Industries, Inc. d/b/a Ace Powder Coating v. Cipollini, Inc.*, United States District Court for the District of New Jersey, Case No. 2:12-cv-07598-SRC.

June 24, 2014

_____
SUSAN D. WIGENTON, U.S.D.J.